## No. 16,796.

GREEN, DOING BUSINESS AS S. ADAMS PACKING
COMPANY *v.* HOFFMAN.

(264 P. [2d] 857)

Decided December 21, 1953.   Rehearing denied January 11, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. F. M. HARDING, Mr. G. E. BOATRIGHT, for plaintiff
in error.

Mr. KENNETH W. ROBINSON, Mr. ROBERT D. CHARLTON,
Mr. ROBERT SWANSON, for defendant in error.